HILDA L. SPREEN, Respondent, *v.* AGNES R. McCANN, Appellant.

(Argued March 13, 1934; decided April 17, 1934.)

*Oscar J. Brown* for appellant.

*Leonard J. Supple* for respondent.

Judgment affirmed, with costs. The plaintiff's case was established without reference to the doctrine of *res ipsa loquitur* as to which we express no opinion. No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Not sitting: KELLOGG, J.